IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN KEITH MANLEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) 1:21CV922 |
| JOHN GODFREY, | ) ) ) |
| Respondent. | ) |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 16, 2023, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss (Doc. 15) is DENIED without prejudice to further consideration of the issues raised therein after the State responds in full to the Petition.

/s/   Thomas D. Schroeder
United States District Judge

March 13, 2023